UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6647 FMO (JPRx) | Date | Dec. 19, 2017 |
|---|---|---|---|
| Title | Aida Mohi Eddin Hawa v. Susan Curda, District Director, U.S. Citizenship and Immigration Services, Los Angeles District Office | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Remand

Having reviewed the parties' Stipulation for Second Extension to Time to Respond to Complaint (Dkt. 10, "Stipulation"), IT IS ORDERED THAT:

1. The **Stipulation** (Dkt. 10) is **denied.**

2. No later than, **December 29, 2107**, the parties are ordered to show cause in writing why this action should not be dismissed without prejudice because plaintiff's examination has occurred, or remanded to the United States Citizenship and Immigration Services ("USCIS") for adjudication of plaintiff's naturalization application. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to either: (1) the dismissal of the action without prejudice for failure to comply with a court order; or (2) the remanding of the action to USCIS**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |