JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MOHI EDDIN HAWA, | Case No. CV 17-6647 FMO (JPRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION AS MOOT** |
| SUSAN CURDA, District Director, U.S. Citizenship and Immigration Services, Los Angeles District Office, | |
| Defendant. | |

Having reviewed defendant's Response to the Order to Show Cause, (Dkt. 12), IT IS ORDERED THAT the above-captioned action is dismissed as moot.

Dated this 3rd day of January, 2018.

/s/
Fernando M. Olguin
United States District Judge